April 7, 2006

Juan Manuel Carbajal
Federal Correctional Institution
P.O. Box 7000
Texarkana, TX 75505-7000

Case No. 99-777JC



06 APR 14 PH 3: 32

CLERK ALBUQUERQUE

Attention: John Conway (Senior District Judge)

CIV-06-0301 JC RLP

Honorable Judge,

My name is Juan Manuel Carbajal(Case No. 99-777JC). I will like to take this opportunity, to express my concern about the case, in which I was convicted. I pray that you can help and advise me in this very complicated case.

In 2001, I was represented by a Lawyer whose license to practice law, had been revoked from the California Bar Association. Upon further investigations and inquires, I found out that Mr. John Gerard Hedderman, State Bar No. 134109, was also suspended in more than two occasions. The reasons given for these actions by the State Bar Association were: Mr. Hedderman had been referred to the Bar several times, by many clients, in which they complained, that Mr. Hedderman took all their money and did not work in their cases as promised, (see attached exhibits A,B,C).

I pray that your honor will see and understand my point of view. I ask Mr. John Conway (Senior District Judge), to please appoint a lawyer which have some Knowledge of my case. I think that Mr. Todd Hochtkiss is that person. He had represented me before with great Success. He has the knowledge to do the job, and will be willing to represent him again, if your honor was to decide to do so.

I know your honor is fair in his decisions. I feel confident this situation will be resolve promptly. Mr. Carbajal is praying this honorable court grant his wishes. In this way, I could have a good representation in my appeal motion 2255. Thank you very much in advance.


PS, Below is Mr. Hotchkiss's address


Todd B. Hotchkiss
P.O. Box 26807
Albuquerque, NM 87125
Tele.(505)247-8558
Facsimile (505)842-8560


Sincerely, Juan Manuel Carbajal

EXHIBIT "A"

(State Bar Court Case No. 00-Q-14930)

S093836

IN THE SUPREME COURT OF CALIFORNIA

EN BANC

SUPREME COURT
**FILED**

JAN - 4 2001

**Frederick K. Ohlrich Clerk**

─────────────────
DEPUTY

IN THE MATTER OF THE RESIGNATION OF JOHN GERARD HEDDERMAN

A MEMBER OF THE STATE BAR OF CALIFORNIA

The voluntary resignation of **JOHN GERARD HEDDERMAN, State Bar No. 134109,** as a member of the State Bar of California is accepted without prejudice to further proceedings in any disciplinary proceeding pending against respondent should he hereafter seek reinstatement. It is ordered that he comply with rule 955 of the California Rules of Court and that he perform the acts specified in subdivisions (a) and (c) of that rule within 60 and 70 days, respectively, after the date this order is filed.* Costs are awarded to the State Bar.

*(See Bus. and Prof. Code, § 6126, subd. (c).)

I, Frederick K. Ohlrich, Clerk of the Supreme Court of the State of California, do hereby certify that the preceding is a true copy of an order of this Court, as shown by the records of my office.

Witness my hand and the seal of the Court this

_____ day of _____ JAN - 4 2001 20____

Clerk

By: _____
Deputy

_____
Chief Justice

EXHIBIT   "B"

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.

                                         Criminal No. 99-777 JC

JUAN MANUEL CARBAJAL-MORENO,

      Defendant.

## ORDER PROVISIONALLY GRANTING PERMISSION
## TO APPEAR *PRO HAC VICE*

This matter is before the Court on the Entry Of Appearance filed by John G. Hedderman

for Defendant Carbajal-Moreno.  Mr. Hedderman has failed to fully comply with the rules of this

Court which permit a non-resident attorney to participate in an action only if that attorney

demonstrates that he is "a member in good standing of the bar of any other state and associates

with a resident member of the Federal Bar" who has signed the first pleading. *See* D.N.M.LR-

Civ 83.3 (emphasis added).  Although Mr. Hedderman has associated with Ms. Carmen Garza.

he has failed to provide this Court with the information required by our Local Rules.  Given the

history of delays in this case, however, the Court will provisionally permit Mr. Hedderman to

represent the Defendant contingent on his full compliance with D.N.M.LR-Civ 83.3 no later than

January 31, 2001.

      **IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

EXHIBIT "C"

SOUTHERN CALIFORNIA LEGAL CENTER
JOHN G. HEDDERMAN, ESQ,
8311 WESTMINSTER BLVD,. SUITE 330
WESTMINSTER, CA. 92683
(714) 901-2278


APPLICATION FOR DEFENDANT
JUAN CARBAJAL MORENO


## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO


| | | |
|---|---|---|
| UNTIED STATES OF AMERICA <br> PLAINTIFF | ) <br> ) <br> ) | CASE NO.: CR 99-777 |
| VS. | ) <br> ) | APPLICATION TO APPEAR <br> AS COUNSEL PRO HAC VICE |
| JUAN MANUEL CARBAJAL MORENO <br> DEFENDANT | ) <br> ) <br> ) <br> ) | |


ATTORNEY JOHN G. HEDDERMAN APPLIES AS COUNSEL PRO HAC VICE, ON

BEHALF OF DEFENDANT JUAN MANUEL CARBAJAL MORENO IN THIS MATTER AS

FOLLOWS:

1. APPLICANTS'S OFFICE ADDRESS IS:

> . 8311 WESTMINSTER BLVD. SUITE 330
> WESTMINSTER, CA.92683
> (714) 901-2278

2. APPLICANT HAS BEEN ADMITTED TO PRACTICE BEFORE THE FOLLOWING

COURTS:

> SUPREME COURT OF CALIFORNIA- 1987

UNITED STATES DISTRICT COURT
FOR THE STATE OF CALIFORNIA- 1987

3. APPLICANT IS IN GOOD STANDING WITH THE COURTS STATED ABOVE.

4. APPLICANT IS NOT CURRENTLY SUSPENDED OR DISBARRED FROM ANY

COURT.

5. THE NAME ADDRESS AND TELEPHONE NUMBER OF THE ACTIVE MEMBER OF

THE DISTRICT OF NEW MEXICO, WHO FILED AN ENTRY OF APPEARANCE

PREVIOUSLY IS:

        CARMEN E. GARZA, ESQ.
        637 NORTH ALEMEDA BLVD.
        'LAS CRUCES, NEW MEXICO, 88005
        (505) 524-1416

6. APPLICANT HAS BEEN RETAINED TO APPEAR ON BEHALF OF SAID DEFENDANT

IN THIS MATTER.

7. APPLICANT IS NOT A RESIDENT OF NEW MEXICO, NOR DOES HE PRACTICE IN

NEW MEXICO.

RESPECTFULLY SUBMITTED ON JANUARY 28, 2001

JOHN G. HEDDERMAN, ESQ.
APPLICANT